FIRST CITIZENS BANK AND TRUST COMPANY OF UTICA, Trustee, etc., Respondent, v. SARANAC RIVER POWER CORPORATION, Defendant; CENTRAL HANOVER BANK AND TRUST COMPANY, as Successor Trustee, etc., Respondent, and RUSSEL S. JOHNSON, Intervenor, Appellant.— Motion to dismiss appeal (from order entered April 19, 1935) granted, unless appellant perfects appeal, files and serves printed record, and brief, on or before October 15, 1935, and is ready for argument at the November term, in which event the motion is denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

FIRST CITIZENS BANK AND TRUST COMPANY OF UTICA, Trustee, etc., Respondent, v. SARANAC RIVER POWER CORPORATION, Defendant; CENTRAL HANOVER BANK AND TRUST COMPANY, as Successor Trustee, etc., Respondent, and RUSSEL S. JOHNSON, Intervenor, Appellant.— Motion to modify order, dated June 27, 1935, by directing that the stay provided for therein be vacated and set aside, granted. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.